E-FILED
Friday, 12 October, 2007  11:19:22 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-3050-M |
| ) | |
| AMON PAUL CARLOCK, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

NOW COMES, Douglas J. Beevers, Assistant Federal Public Defender and moves to withdraw as appointed counsel for AMON PAUL CARLOCIK. In support thereof, the undersigned counsel states:

1. That this Court appointed the undersigned counsel on October 9, 2007, to represent Mr. Carlock;

2. That Mr. Carlock is in custody, and his detention and preliminary hearings are set for October 12, 2007;

3. On October 11, 2007, Defense counsel discovered a potential conflict of interest with this Defendant, in that the Government is seeking to prove that Mr. Carlock has a pattern of abusing young children as defined in U.S.S.G. §2G2.1(b)(5). Defense counsel has discovered that Mr. Carlock recently worked as a teacher at the Bright Beginnings Child Care and Development Center in Chatham, Illinois, where he took care of Defense counsel's four-year old son for several months;

4. On October 11, 2007, U.S. Probation Officer Eric Fox conducted a pre-bail interview with Mr. Carlock in the presence of Defense counsel, and Officer Fox alleges

that Mr. Carlock did not report his prior employment as a teacher at Bright Beginnings preschool;

5. Defense counsel is now a potential witness in the case, and due to the allegation that Mr. Carlock failed to mention his employment at Bright Beginnings preschool, there is a possibility that Defense counsel's son would be interviewed as a potential witness;

6. Defense counsel is not aware of any allegations that Mr. Carlock committed any abuse at Bright Beginnings preschool, but there have been vague allegations of inappropriate behavior in the press;

7. Due to the possibility that Defense counsel will be called as a witness against the Defendant regarding the alleged failure to disclose employment, the Office of the Federal Public Defender should be permitted to withdraw. According to the rules of professional responsibility, a lawyer must not represent a client in a case where he may be called as a witness:

> (a) A lawyer shall not accept or continue employment in contemplated or pending litigation if the lawyer knows or reasonably should know that the lawyer may be called as a witness on behalf of the client, except that the lawyer may undertake the employment and may testify:
> (1) if the testimony will relate to an uncontested matter;
> (2) if the testimony will relate to a matter of formality and the lawyer reasonably believes that no substantial evidence will be offered in opposition to the testimony;
> (3) if the testimony will relate to the nature and value of legal services rendered in the case by the lawyer or the firm to the client; or
> (4) as to any other matter, if refusal to accept or continue the employment would work a substantial hardship on the client.
> (b) If a lawyer knows or reasonably should know that the lawyer may be called as a witness other than on behalf of the client, the lawyer may accept or continue the representation until the lawyer knows or reasonably should know that the lawyer's testimony is or may be

    prejudicial to the client.
(c) Except as prohibited by Rule 1.7 or Rule 1.9, a lawyer may act as advocate in a trial in which another lawyer in the lawyer's firm may be called as a witness.

ILCS S Ct. Rules of Prof. Conduct, RPC Rule 3.7.

    Defense counsel believes this potential conflict of interest may create an appearance of a broader conflict which would be automatically imputed to the entire office. *See People v Grigsby* (1977, 1st Dist) 47 Ill App 3d 812, 8 Ill Dec 243, 365 NE2d 481. This conflict of interest is personal to Attorney Beevers and will terminate when defense counsel leaves the office. 32 Am. Jur. 2d Federal Courts § 157.

    WHEREFORE the undersigned counsel respectively moves for leave to withdraw in this case and requests that new counsel be appointed to represent Mr. Carlock as soon as possible.

    Respectfully submitted,

    RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
    Douglas J. Beevers
    Assistant Federal Defender
    600 East Adams Street, 2nd Floor
    Springfield, Illinois 62701
    Telephone: (217) 492-5070
    Fax: (217) 492-5077
    E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

      I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Tim Bass
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

                                        By:  s/ Douglas J. Beevers
                                                Douglas J. Beevers
                                                Assistant Federal Defender
                                                600 East Adams Street, 2nd Floor
                                                Springfield, Illinois  62701
                                                Telephone: (217) 492-5070
                                                Fax: (217) 492-5077
                                                E-mail: douglas_beevers@fd.org