UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  07-MJ-3050 |
| ) | |
| AMON PAUL CARLOCK, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE DETENTION AND PRELIMINARY HEARINGS**

NOW COMES, Douglas J. Beevers, Assistant Federal Public Defender and moves to continue the detention and preliminary hearing.  In support thereof, the undersigned counsel states:

1.  Defense counsel has moved to withdraw as counsel;

2. In the event the motion is denied, Attorney Robert Alvarado will be assigned to the case, and he will not be available until Monday, October 15, 2007;

3. The United States by AUSA Gregory Gilmore has no objection to the motion.

WHEREFORE  the undersigned counsel respectively moves to continue the detention and preliminary hearing until Monday, October 15, 2007 or a date thereafter.

        Respectfully submitted,

        RICHARD H. PARSONS,
        Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
        Douglas J. Beevers
        Assistant Federal Defender
        600 East Adams Street, 2nd Floor
        Springfield, Illinois  62701
        Telephone: (217) 492-5070
        Fax: (217) 492-5077
        E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

     I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Tim Bass
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

By:   s/ Douglas J. Beevers
        Douglas J. Beevers
        Assistant Federal Defender
        600 East Adams Street, 2nd Floor
        Springfield, Illinois  62701
        Telephone: (217) 492-5070
        Fax: (217) 492-5077
        E-mail: douglas_beevers@fd.org