E-FILED
Thursday, 18 October, 2007 10:28:59 AM
Clerk, U.S. District Court, ILCD

○AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

FILED
OCT 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

AMON PAUL CARLOCK

**WARRANT FOR ARREST**

Case Number: 07-3050-m

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    AMON PAUL CARLOCK

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

possession of child pornography and traveling in foreign commerce and engaging in illicit sexual conduct with a minor

RECEIVED 2007 OCT 10 P 3: 29 U.S. MARSHALS SERVICE CENTRAL ILLINOIS

in violation of Title  18  United States Code, Section(s)  2252A(a)(5)(B), 2423(c)

s/ Byron G. Cudmore

Byron G. Cudmore
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

10/9/07   Spfld, Il
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Springfield

| DATE RECEIVED 10/10/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/08/07 | Michael Mitchell / ICE | [signature] |